**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS**

| | |
|---|---|
| Hezeshi Bingyu Xinxi Keji Youxian Gongsi, | |
| Plaintiff, | **Civil Action No.: 1:25-cv-04276** |
| v. | |
| Shibumi Shade, Inc., | **Hon. Franklin U. Valderrama** |
| Defendants. | |

**PLAINTIFF'S INITIAL STATUS REPORT**

Pursuant to the Court's April 23, 2025, Minute Entry (Dkt. 5), Plaintiff Hezeshi Bingyu Xinxi Keji Youxian Gongsi submit's the following Initial Status Report:

**Nature of the Case**

1.     This is an action for (1) declaratory judgment of non-infringement and invalidity under the U.S. patent laws and Declaratory Judgment Act, and (2) tortious interference with contractual and business relationships. The Complaint arises from a report submitted by Defendant to Amazon.com alleging that Plaintiff's beach-tent canopy product infringes U.S. Patent No. 11,255,103.

2.     Amazon informed Plaintiff that, absent legal action, certain product listings would be removed. Plaintiff filed this lawsuit to seek a declaration of non-infringement and invalidity, and to assert a claim of tortious interference based on its relationship with Amazon. Amazon has deferred removal of the listings pending the outcome of this litigation.

1

**Service of Process**

3.     Defendant was served with the Complaint on June 26, 2025. Defendant's response is due on or before July 17, 2025.

**Jurisdiction and Venue**

4.     Plaintiff asserts that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1332, 1338, and 2201–2202. Plaintiff is a Chinese entity and Defendant is, upon information and belief, a North Carolina corporation. The amount in controversy exceeds $75,000.

5.     Plaintiff further alleges that personal jurisdiction and venue are proper in this District based on Defendant's commercial activity and alleged interference with Plaintiff's business through Amazon's platform, including impact on sales to Illinois consumers. Defendant has not yet responded to the Complaint and reserves all rights to challenge jurisdiction, venue, or any other defenses available under the law.

**Status of Discovery**

6.     No discovery has taken place. The parties anticipate conferring under Rule 26(f) following Defendant's response and coordinating on initial disclosures and a discovery plan thereafter.

**Settlement Efforts**

7.     No settlement discussions have occurred to date. Plaintiff is open to exploring resolution options after the pleadings are closed.

**Pending Motions**

8.     There are no pending motions.

**Appearance of Counsel**

9.      Defendant has been served and is currently represented by counsel, who has been in communication with Plaintiff's counsel regarding the status of the case. As of the date of this filing, no formal appearance has been entered, but Defendant's response to the Complaint is due on or before July 17, 2025. The parties will update or supplement this report as appropriate following Defendant's formal appearance.

**Proposed Case Management Schedule**

10.      Plaintiff respectfully proposes the following preliminary schedule, which may be modified as appropriate after Defendant appears and the parties conduct a Rule 26(f) conference:

- Defendant's response to Complaint: July 17, 2025

- Rule 26(f) conference: August 19, 2025

- Rule 26(a)(1) initial disclosures: September 2, 2025

- Fact discovery deadline: January 15, 2026

- Status conference: At the Court's convenience after January 15, 2026

**Magistrate Judge Consent**

11.      Plaintiff does not consent to proceed before the Magistrate Judge at this time.

**Counsel For the Parties**

**For Plaintiff:**
Alexander Warden
Atlantic Partners Law Group, LLC
awarden@aplg.us

**For Defendant:**
Preston Heard
Womble Bond Dickinson (US) LLP
preston.heard@wbd-us.com

Date: July 7, 2025.

/s/ Alexander Warden

Alexander Warden
awarden@aplg.us
Atlantic Partners Law Group, LLC
2825 3rd Avenue, Fl 3
Bronx, NY 10455
(347) 420-0279
*Attorney for Plaintiff.*

**/s/ Preston Heard**
Preston Heard
preston.heard@wbd-us.com
Womble Bond Dickinson (US) LLP
202-280-8444
1331 Spring Street, NW
Suite 1400
Atlanta, GA 30309
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

 The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this July 7, 2025. Any other counsel of record will be served by electronic and/or first-class mail.

*/s/Alexander Warden*
Alexander Warden, Esq.

/s/*Preston Heard*
Preston Heard, Esq
