# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hezeshi Bingyu Xinxi Keji
                              Plaintiff,

v.                                             Case No.: 1:25−cv−04276
                                                      Honorable Franklin U. Valderrama

Shibumi Shade, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

    MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court are two initial status reports: one filed by Plaintiff individually [9] and one filed jointly by Plaintiff and Defendant [10]. The Court considers the later−filed joint initial status report to supersede Plaintiff's individual status report. The deadline for amendments to the pleadings is 10/6/2025. The Court refers discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters to Magistrate Judge McLaughlin. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.