IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEZESHI BINGYU XINXI KEJI YOUXIAN GONGSI., <br><br> Plaintiff, <br><br> v. <br><br> SHIBUMI SHADE, INC., <br><br> Defendants. | No: 1:25-cv-04276 <br><br> Honorable Franklin U. Valderrama <br><br> Magistrate Judge Daniel P. McLaughlin |

## **DEFENDANT SHIBUMI SHADE, INC.'S MOTION TO DISMISS**

Defendant Shibumi Shade, Inc. ("Shibumi") by and through its counsel and, pursuant to Fed. R. Civ. P. 12, hereby moves to dismiss this case for lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted. The basis for this motion is fully set forth in Defendant Shibumi Shade, Inc.'s Memorandum in Support of its Motion to Dismiss, the Declaration of Dane Barnes, and the Declaration of Preston Heard, which are filed concurrently with this Motion and incorporated herein by reference.

.

| | |
|---|---|
| Dated: July 11, 2025 | Respectfully submitted, <br><br> By: */s/ Preston H. Heard* <br> Preston H. Heard (*pro hac vice*) <br> Georgia Bar No. 476319 <br> WOMBLE BOND DICKINSON (US) LLP <br> 1331 Spring Street, NW, Suite 1400 <br> Atlanta, GA 30309 <br> Telephone: (404) 888-7366 <br> Email: Preston.Heard@wbd-us.com <br><br> *Attorneys for Defendant Shibumi Shade, Inc.* |