# EXHIBIT A

Shibumi Shade | Where To Buy



8/2/25, 10:35 PM                                    Shibumi Shade | Where To Buy



8/2/25, 10:35 PM

Shibumi Shade | Where To Buy

FREE 2-DAY SHIPPING ON ALL SHADES | FREE RETURNS

Shop     Learn     Setup





Chicago, IL 60601, USA     ✕     🔍

**Dick's Sporting Goods--Lombard**
20 mi
810 E Butterfield Rd
Lombard, IL 60148

(630) 317-0200
Website

**Dick's Sporting Goods--Schaumburg**
24 mi
601 N Martingale Rd
Ste 195
Schaumburg, IL 60173

(847) 995-0200
Website

Powered by Stockist

Refer a Friend, Get $20



Shibumi Shade | Where To Buy

FREE 2-DAY SHIPPING ON ALL SHADES | FREE RETURNS

Shop    Learn    Setup










8/2/25, 10:35 PM                                        Shibumi Shade | Where To Buy

FREE 2-DAY SHIPPING ON ALL SHADES | FREE RETURNS

Shop    Learn    Setup                    **SHIBUMI**

© SHIBUMI SHADE 2025    SITE BY MANUFACTUR



## SETUP'S A BREEZE

[ Shibumi Shades ]    [ Wind Assist ]    [ Chair Clips ]

Refer a Friend, Get $20

8/2/25, 10:35 PM
Shibumi Shade | Where To Buy



8/2/25, 10:33 PM
Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods



... | Gameday Gear | Canopies, Shelters & Accessories





## Shibumi Shade Mini Bundle with Wind Assist

★★★★★   4.8 (5)   |   ▣ (1)

**$208.00**

**Color: Blue/Teal**



👁 **242 views** in the last 24 hours



8/2/25, 10:33 PM
Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods




**⌄ VIEW ALL 10 IMAGES**

**↓ COMPLETE THE SET**

 **Ship**
Available
Est: Sun 8/3-
Tue 8/5

 **Free Store Pickup**
Ready tomorrow

 **Same Day Delivery**
Not available to
60601

Pick up at **DICK'S - Middle Village**

**Only 5 left!**

Also available at **14** nearby stores

| 1 | **ADD TO CART** |
|---|---|

♡ **ADD TO LIST**

 **All Cardholders Earn 10% Back** ⓘ
on qualified purchases at our brands for a limited time.

4 interest-free payments or as low as $18.77/mo with **affirm** ⓘ

or as low as $18.00/mo. with  **Afterpay** ⓘ

## Highlights

- Shade For Up To 4 People
- Lightweight and Portable (Only 2 lbs.)

 💬 Chat

- Quick Set Up (Less than 3 mins)
- UPF 50+ Sun Protection
- Wind Assist kit included
- Carry-on approved

## SHIPPING INFORMATION

Ⓢ **Oversized Shipping Charges Apply.**

# About This Item

### ☰ Product Information                                                              ⌃

The new Shibumi Shade with Quiet™ Canopy has a softer, more pleasing sound at all wind speeds. The softer fabric with added stretch is also stronger and significantly reduces loud flapping in high winds.

The Shibumi Shade Mini with Quiet Canopy is perfect for up to 4 people, and even fits in a carry-on suitcase, so you can take it anywhere the wind blows.

**FEATURES:**

💬 Chat

8/2/25, 10:33 PM                                          Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods

Read More

---

## Complete The Set







💬 Chat

| **Shop This Set** | **Shop This Set** | **Shop This Set** |
| --- | --- | --- |

## You May Also Like

View All







Shibumi Shade Classic Bundle with Wind Assist

Shibumi Shade Wind Assist

neso Grande Beach Sunshade

neso 1 Beach Sunsh

**$288.00**

**$30.00**

**$149.99**

**$109.99**



💬 Chat

## Must-Have Picks

Sponsored









| Igloo Marine Ultra 30 Cooler | Ooni Karu 12 Multi-Fuel Pizza Oven | Igloo Maxcold Ice Large Freeze Block | Igloo 5 Gallon Seat |
|---|---|---|---|
| $39.99 | $349.00 | $5.49 | $39.99 |

# REVIEWS

**4.8**
★★★★⯪
5 Reviews

**100%**
Recommended

**Fit/Size**

Runs Small      Standard

Value



8/2/25, 10:33 PM

Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods

Quality ████████████████████████████ 5 / 5

## Images



---

Savrich1122

★★★★★      2 days ago

**Easy Set Up!**

Kept seeing these at the beach and had heard great things. Finally spent the money and couldn't be happier. Easy to assemble and wind assist is a huge help!

Read More

---

Bnriley

★★★★★      1 week ago

**Perfect Sun Shade**

The mini is perfect for two people (maybe a third as well). Easy to set up and take down. Fits perfect in our suitcase to travel with.

Read More

---

M13m

★★★★★      1 v

**Lightweight And Practical**

Expensive but can't beat the weig functionality for traveling! L eight easily fits into a suitcase.

Read More

---

## Read All Reviews (5)

WRITE A REVIEW



💬 Chat

## Customers Also Bought

View All





Shibumi Shade Wind Assist

**$30.00**

Shibumi Shade Classic Bundle with
Wind Assist

**$288.00**

**DICK'S PRO TIPS**



💬 Chat

8/2/25, 10:33 PM                                     Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods



### Eight Yoga Poses to Help Relax Your Mind at Home

Feeling overwhelmed and looking for some tranquility? Give these soothing yoga poses a try.



### Best Walking Shoes

View and compare the best walking shoes of the year. Check out our top picks for the best walking shoes from top brands like HOKA, Brooks, On, Nike and more.



### Best Recovery Shoes

View and compare the best recovery shoes of the year. Check out our top picks of the best new recovery slides, sandals, and shoes from popular brands.

How are we doing?

GIVE FEEDBACK

 **Best Price Guarantee**
If You Find a Lower Price, We'll Match It.

Learn More

 **Free One-Hour Pickup**
Curbside or In-Store

Learn More



 **Free Shipping**
Exclusions and minimum order values may apply.

Details

 **Help Save Youth Sports**
Every Kid Deserves a Chance to Play

Donate

# CONNECT WITH US & GET $20 OFF $100+*

## Sign Up For Email

| Email Address | | **SIGN UP** |

*Valid in-store and online. First-time subscribers only. Returning subscribers will be resubscribed. Expires 7 days after signing up. Exclusions and terms apply.

## Join DICK'S Text Alerts

Sign Up Now Details

## Need More Help?

CONTACT US

    

# SCORE MORE. GIVE MORE. PLAY MORE.

**Gift Cards & eGift Cards**
Give the Gift That Always Fits. Shop Gift Cards

**ScoreCard & ScoreCard Gold**

 Chat

Earn One Point for Every $1 and get a $10 Reward for Every 300 Points. Learn More

## ScoreRewards® Credit Card

Accelerate your Rewards and earn 2 points for every $1 on qualified purchases with a ScoreRewards credit card. Learn More

| COMPANY | SERVICES | SHOP | RESOURCES |
|---|---|---|---|
| About Us | My Account | Find a Store | Return Policy |
| Careers | ScoreCard Benefits | House of Sport | Cancellations |
| Donations & Sponsorships | ScoreRewards Credit Card | GameChanger | Shipping Rates |
| The DICK'S Foundation | Contact Customer Service | Bulk & League Orders | Best Price Guarantee |
| DICK'S Media Network | Track Your Order | Golf Galaxy | Product Availability & Price |
| Inclusion | Store Services | Public Lands | Promo Exclusions |
| Commercials & Films | Gift Cards | Promos & Coupons | Recalls |
| Investor Relations | Mobile App | Rebates | Brand Warranties |
| Sustainability | Pay with Affirm | Shoppable Video Library | Security |
| Press Room | Pay with Afterpay | Top Brands | CPSIA Information |
| Suppliers | | Popular Categories | PRO TIPS |
| Teammate Login | | | ONLY AT DICK'S |

Chat



© 2025 DICK's Sporting Goods

*Price Promotions - Due to manufacturer restrictions, select new release and other specified products are excluded from price promotions. Additionally, there are restrictions on the use of coupon codes.

If you are using a screen reader and are having problems using this website, please call 877-846-9997 for assistance.

Terms of Use                    Privacy Policy                    Accessibility Policy                    Your Privacy Choices

California Disclosures                    Site Feedback





8/2/25, 10:32 PM                           Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods



- Quick Set Up (Less
- UPF 50+ Sun Protec
- Wind Assist kit inclu
- Carry-on approved

**SHIPPING INFORMA**

💲 Oversized Shipping C

## SELECT STORE

☑ All Stores w/ Availability  ☐ Pickup Today

1 store within 100 miles.

**DICK'S - Lombard**   **19.37 MI**

Fountain Square

Only 2 left!

✅ Available for Pickup

✅ Available for Purchase in Store

Fountain Square
810 E Butterfield Road Lombard, IL 60148

📍 **Get Directions**    📞 **630-317-0200**

**Store Hours**

Sunday

10:00 am - 7:00 pm
9:00 am - 9:00

## About This Item

### ☰ Product Information

The new Shibumi Shade with Quiet™ Canopy has a softer, more pleasing sound at all wind speed stretch is also stronger and significantly reduces loud flapping in high winds.

The Shibumi Shade Mini with Quiet Canopy is perfect for up to 4 people, and even fits in a carry-o anywhere the wind blows.

**FEATURES:**



8/2/25, 10:32 PM                    Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods



Shop This Set          Shop This Set

## You May Also Like

**SELECT STORE**

☑ **All Stores w/ Availability**   ☐ Pickup Today

1 store within 100 miles.

**DICK'S - Lombard**   **19.37 MI**

Fountain Square

**Only 2 left!**

✓ Available for Pickup

✓ Available for Purchase in Store

Fountain Square
810 E Butterfield Road Lombard, IL 60148

📍 **Get Directions**    📞 **630-317-0200**

**Store Hours**

Sunday        10:00 am - 7:00 pm
              9:00 am - 9:00

Shibumi Shade Classic Bundle with Wind Assist

**$288.00**

Shibumi Shade Wind Assist

**$30.00**

neso Grande Beac

**$149.99**

https://www.dickssportinggoods.com/p/shibumi-shade-mini-bundle-25lldushbmshdmnbnrec/25lldushbmshdmnbnrec?Product=ProductSuggest

5/12

8/2/25, 10:32 PM

Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods



## Must-Have Picks

Sponsored

**Igloo Marine Ultra 30 Cooler**

$39.99

**Ooni Karu 12 Multi-Fuel Pizza Oven**

$349.00

**Igloo Maxcold Ice Block**

$5.49

## REVIEWS

**4.8**

★★★★☆

5 Reviews

**100%**

Recommended

Fit/Size

Runs Small — Standa...

Value

### SELECT STORE

☑ **All Stores w/ Availability**   ☐ Pickup Today

1 store within 100 miles.

**DICK'S - Lombard**   19.37 MI

Fountain Square

**Only 2 left!**

✓ Available for Pickup

✓ Available for Purchase in Store

Fountain Square
810 E Butterfield Road Lombard, IL 60148

📍 **Get Directions**   📞 **630-317-0200**

**Store Hours**

Sunday   10:00 am - 7:00 pm
9:00 am - 9:00

8/2/25, 10:32 PM                    Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods

Quality

## Images



---

Savrich1122

★★★★★                    2 days ago

**Easy Set Up!**

Kept seeing these at the beach and had heard great things. Finally spent the money and couldn't be happier. Easy to assemble and wind assist is a huge help!

<u>Read More</u>

---

Bnriley

★★★★★                    1 week ago

**Perfect Sun Shade**

The mini is perfect for two people (maybe a third as well). Easy to set up and take down. Fits perfect in our suitcase to travel with.

<u>Read More</u>

## Read All Reviews (5)

WRITE A REVIEW

---

## SELECT STORE

☑ **All Stores w/ Availability**     ☐ Pickup Today

1 store within 100 miles.

**DICK'S - Lombard**     **19.37 MI**

Fountain Square

Only 2 left!

✓ Available for Pickup

✓ Available for Purchase in Store

Fountain Square
810 E Butterfield Road Lombard, IL 60148

📍 **Get Directions**     📞 **630-317-0200**

**Store Hours**

Sunday          10:00 am - 7:00 pm
                9:00 am - 9:00

8/2/25, 10:32 PM
Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods

## Customers Also Bought



Shibumi Shade Wind Assist

**$30.00**



Shibumi Shade Classic Bundle with Wind Assist

**$288.00**

**DICK'S PRO TIPS**



**SELECT STORE**

☑ **All Stores w/ Availability** ☐ Pickup Today

1 store within 100 miles.

**DICK'S - Lombard** **19.37 MI**

Fountain Square

Only 2 left!

✓ Available for Pickup

✓ Available for Purchase in Store

Fountain Square
810 E Butterfield Road Lombard, IL 60148

📍 **Get Directions** 📞 **630-317-0200**

**Store Hours**

Sunday | 10:00 am - 7:00 pm
9:00 am - 9:00

8/2/25, 10:32 PM                                    Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods



### Eight Yoga Poses to Help Relax Your Mind at Home

Feeling overwhelmed and looking for some tranquility? Give these soothing yoga poses a try.



### Best Walking Shoes

View and compare the best walking shoes of the year. Check out our top picks for the best walking shoes from top brands like HOKA, Brooks, On, Nike and more.

## SELECT STORE



☑ **All Stores w/ Availability**   ☐ Pickup Today

1 store within 100 miles.

**DICK'S - Lombard**   **19.37 MI**

Fountain Square

Only 2 left!

 Available for Pickup

 Available for Purchase in Store

Fountain Square
810 E Butterfield Road Lombard, IL 60148

 **Get Directions**   **630-317-0200**

**Store Hours**

Sunday        10:00 am - 7:00 pm
              9:00 am - 9:00

How are we doing?

| GIVE FEEDBACK |

 **Best Price Guarantee**
If You Find a Lower Price, We'll Match It.
Learn More

 **Free One-Hour Pick**
Curbside or In-Store
Learn More

8/2/25, 10:32 PM

Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods



**Free Shipping**

Exclusions and minimum order values may apply.

Details

**Help Save Youth Sp**

Every Kid Deserves a Chan

Donate

# CONNECT WITH US & GET $20 OFF $100+*

## Sign Up For Email

| Email Address | **SIGN UP** |

*Valid in-store and online. First-time subscribers only. Returning subscribers will be resubscribed. Expires 7 days after signing up. Exclusions and terms apply.

## Join DICK'S Text Alerts

Sign Up Now  Details

## Need More Help?

**CONTACT US**

# SCORE MORE. GIVE MORE. PLAY MORE.

**Gift Cards & eGift Cards**

Give the Gift That Always Fits.  Shop Gift Cards

**ScoreCard & ScoreCard Gold**

---

**SELECT STORE**

☑ **All Stores w/ Availability**    ☐ Pickup Today

1 store within 100 miles.

**DICK'S - Lombard**    **19.37 MI**

Fountain Square

**Only 2 left!**

✓ Available for Pickup

✓ Available for Purchase in Store

Fountain Square

810 E Butterfield Road Lombard, IL 60148

📍 **Get Directions**    📞 **630-317-0200**

**Store Hours**

Sunday | 10:00 am - 7:00 pm
9:00 am - 9:00



Earn One Point for Every $1 and get a $10 Reward for Every 300 Points. Learn More

## ScoreRewards® Credit Card

Accelerate your Rewards and earn 2 points for every $1 on qualified purchases with a ScoreRewards credit card. Learn More

| COMPANY | SERVICES | SHOP |
|---|---|---|
| About Us | My Account | Find a Store |
| Careers | ScoreCard Benefits | House of Sport |
| Donations & Sponsorships | ScoreRewards Credit Card | GameChanger |
| The DICK'S Foundation | Contact Customer Service | Bulk & League Orders |
| DICK'S Media Network | Track Your Order | Golf Galaxy |
| Inclusion | Store Services | Public Lands |
| Commercials & Films | Gift Cards | Promos & Coupons |
| Investor Relations | Mobile App | Rebates |
| Sustainability | Pay with Affirm | Shoppable Video Library |
| Press Room | Pay with Afterpay | Top Brands |
| Suppliers | | Popular Categories |
| Teammate Login | | |

## SELECT STORE

☑ All Stores w/ Availability   ☐ Pickup Today

1 store within 100 miles.

**DICK'S - Lombard**   19.37 MI

Fountain Square

**Only 2 left!**

✓ Available for Pickup

✓ Available for Purchase in Store

Fountain Square
810 E Butterfield Road Lombard, IL 60148

📍 Get Directions   📞 630-317-0200

## Store Hours

Sunday

10:00 am - 7:00 pm
9:00 am - 9:00

8/2/25, 10:32 PM — Shibumi Shade Mini Bundle with Wind Assist | Dick's Sporting Goods

