# EXHIBIT B



Case: 1:25-cv-04276 Document #: 24-2 Filed: 08/03/25 Page 3 of 20 PageID #:144

8/2/25, 10:15 PM                Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…

- **LIGHTWEIGHT AND EASY TO CARRY:** Ready for any beach adventure, Shibumi Shade weighs only 4 pounds and folds into a compact size. With a portable carrying bag included, you can take the Shibumi Shade with you on every beach trip.
- **ASSEMBLES IN 3 MINUTES:** Skip the complicated sun shades and corkscrew anchors – set up Shibumi Shade with just one set of hands. Face the wind directly, plant poles in the sand, and relax. (Detailed instructions included.)
- **MADE FROM RECYCLED PLASTIC:** We believe in leaving the beach better than we found it. That's why the Shibumi Shade canopy is made from 40% ocean-bound recycled plastic bottles. It's better for you and better for the beach.
- **WIND ASSIST INCLUDED:** No wind? No Problem. Meet the Wind Assist. This handy accessory attaches to the corners of your Shibumi Shade canopy, anchoring each side with sandbags to create a tent-like shape. Best for those times on the beach when there's barely a breeze, the Wind Assist helps provide shade even in tricky wind conditions.

## Additional Details

**Small Business**
This product is from a small business brand. Support small.
Learn more

⚠ Report an issue with this product or seller

## Consider a similar item

**Amazon's Choice**



BOTINDO Family Beach Tent Canopy Sun Shade, Pop Up Grande Beach Tent Sun Shelter Stability 4 Poles with Portable Carry Bag Outdoor Shade for Fishing Backyard Camping (Turquoise, 10x10FT 4Pole)

★★★★☆ (2508)
$74.97 **prime**

🍃 3 sustainability features

☐ 2-Year Protection Plan for $52.99

☐ 3-Year Protection Plan for $67.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

☐ Add a gift receipt for easy returns

**Save with Used - Like New** ○
$287²¹

**FREE delivery Thursday, August 7**

Ships from: Amazon
Sold by: Amazon Resale

[ Add to List ]

**Other sellers on Amazon**

New & Used (3) from $287²¹ & FREE Shipping. ›

Subtotal
$295.00



---

## Frequently bought together

 +  + 

Total price: $359.97

[ **Add all 3 to Cart** ]

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach…
$295⁰⁰

WEKAPO Beach Blanket Sandproof Waterproof, Extra Large Beach Mat, Oversized &…
$29⁹⁷

Shibumi Wind Assist, Your Shibumi Shade® Beach Canopy Accessory That Helps to Provid…
$35⁰⁰

Case: 1:25-cv-04276 Document #: 24-2 Filed: 08/03/25 Page 4 of 20 PageID #:145

8/2/25, 10:15 PM — Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…

### Deals on related products  *Sponsored* ⓘ     Page 1 of 5

Subtotal **$295.00**


SUN NINJA Beach Tent Sun Shelter UPF50+ - Easy Pop Up Beach Canopy - Outdoor…
★★★★☆ 8,470
Limited time deal
-30%  $118⁹⁷
($6.61 / in)
List: $169.95
prime


UMARDOO Family Beach Tent Canopy Sun Shade Portable 10×10FT, Large Wind Resistance …
★★★★☆ 4,408
Limited time deal
-10%  $80⁹⁹
Typical: $89.99
prime
Climate Pledge Friendly


BOTINDO Family Beach Tent Canopy Sun Shade, Pop Up Grande Beach Tent Sun Shelter St…
★★★★☆ 2,508
Amazon's Choice
Limited time deal
-35%  $74⁹⁷
List: $115.98
prime
Climate Pledge Friendly


Beach Canopy Tent Shade with Sidewalls 10x10FT, 6.6FT Tall, UPF50+ Sun Shelter,…
★★★★★ 289
Limited time deal
-45%  $87⁹⁹
List: $159.99
prime


Beach Tent - Beach Shade Canopy Compact Fold (16.9x3.9"), Own Patent, 360° Ventilat…
★★★★☆ 125
Limited time deal
-20%  $32⁷⁹
Typical: $40.99
prime


OutdoorMaster Beach Tent for 3/4 Person - Easy Setup Sun Shade Shelter, Portable Be…
★★★★★ 294
Limited time deal
-24%  $37⁹⁹
List: $49.99
prime


OutdoorMaster Beach Tent for 3-4 Person - Easy Setup and Portable Beach Shade Sun S…
★★★★★ 116
Limited time deal
-33%  $26⁹⁹
List: $39.99
prime

### Products related to this item  *Sponsored* ⓘ     Page 1 of 58


SUN NINJA Beach Tent Sun Shelter UPF50+ - Easy Pop Up Beach Canopy - Outdoor…
★★★★☆ 8,470
Limited time deal
-30%  $118⁹⁷
($6.61 / in)
List: $169.95
prime


Beach Wind Shade Canopy, Shade Sun Shelter Tent for Beach, Backyard, Grassland,…
★★★☆☆ 58
$159⁰⁰
prime


Beach Tent UPF50+ Sun Shade Canopy with Sandbags, 4 Stability Poles, Ground Pegs, F…
★★★★★ 477
-13%  $109⁹⁹
List: $126.97
prime
Save $15.00 with coupon (some sizes/colors)


Beach Wind Shade Canopy, Shade Sun Shelter Tent for Beach, Backyard, Grassland,…
★★★★☆ 22
$129⁰⁰
prime


Beach Tent Sun Shelter 10x10FT Beach Shade Canopy with 8 Sandbags, UPF 50+ Protecti…
★★★★☆ 80
$89⁹⁹
prime
Save 30% with coupon


HOMEDEMO Beach Canopy UPF 50+, 6'×6', Easy Set up and Take Down Tent with Sand…
★★★★☆ 206
-15%  $67⁹⁹
Typical: $79.99
prime


ADesign Windproof Beach Tent Sun Shelter with 8 Sandbags, Wind Resistant Large Fami…
★★★★★ 329
Amazon's Choice
$79⁹⁸
prime
Save 10% with coupon (some sizes/colors)

### From the brand

Case: 1:25-cv-04276 Document #: 24-2 Filed: 08/03/25 Page 5 of 20 PageID #:146

8/2/25, 10:15 PM  Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…



**Product Description**





8/2/25, 10:15 PM     Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…




Subtotal
**$295.00**



## Product information

| | |
|---|---|
| Brand | Shibumi Shade |
| Material | Aluminum |
| Color | Royal Blue, Teal |
| Item Weight | 4 Pounds |
| Recommended Uses For Product | Beach |
| Product Dimensions | 180"L x 120"W x 78"H |
| Ultraviolet Light Protection | Yes |
| Frame Material | Aluminum |
| Closure Type | Folds |
| Water Resistance Level | Water Resistant |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

8/2/25, 10:15 PM  Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…

| | | | |
|---|---|---|---|
| Pole Material Type | Aluminum | | Subtotal |
| Coverage | 150 square feet | | **$295.00** |
| UPC | 860008228802 | |  |
| Assembly Required | No | | |
| Item Weight | 4 pounds | | |
| Manufacturer | Shibumi Shade | | |
| ASIN | B0B6CSDV76 | | |
| Country of Origin | USA | | |
| Item model number | Shibumi Shade | | |
| Customer Reviews | 4.6 ★★★★★  1,982 ratings<br>4.6 out of 5 stars | | |
| Best Sellers Rank | #1,529 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#9 in Camping Sun Shelters | | |

## Product Videos



Jane's Home and Garden 🌱 Earns commissions
It REALLY is the Best Sun Shade!

Case: 1:25-cv-04276 Document #: 24-2 Filed: 08/03/25 Page 9 of 20 PageID #:150

8/2/25, 10:15 PM                Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…

Subtotal
$295.00

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  Shibumi Shade ®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Eas… Add to cart |  **Shibumi Shade** Mini®, World's Best Beach Shade with Quiet Canopy, The Original Wind-Powered® Beach Canopy, Provides 75 Sq. Ft. o… Add to cart |  **Shibumi Shade** ® (Previous Generation) - World's Best Beach Shade. The Original Wind Powered® Beach Shade. Lightweight, Easy to… Add to cart |  **Shibumi Shade** Mini® (Previous Generation) - World's Best Beach Shade, The Original Wind-Powered® Beach Canopy Add to cart |
| Price | $295.00 | -6% $215.00 List: $228.00 | $250.00 | $175.00 |
| Delivery | Get it as soon as **Thursday, Aug 7** | Get it as soon as **Thursday, Aug 7** | Get it as soon as **Thursday, Aug 7** | Get it as soon as **Thursday, Aug 7** |
| Customer Ratings | 4.6  1,982 | 4.6  753 | 4.8  117 | 4.7  53 |
| Sold By | Shibumi Shade, Inc | Shibumi Shade, Inc | Shibumi Shade, Inc | Shibumi Shade, Inc |
| Material | Aluminum | Aluminum | Aluminum | Aluminum |
| Style | Classic Full | Mini | Classic | Mini |

## Important information

**Safety Information**

Ensure the Shibumi Shade is set up in an area with adequate wind for proper function. Do not use in extreme wind conditions. Keep clear of open flames and heat sources. Always follow included instructions for setup, use, and dismantling. This product is made from recycled materials, which should be considered when disposing of it.

## Products related to this item *Sponsored* ⓘ

Case: 1:25-cv-04276 Document #: 24-2 Filed: 08/03/25 Page 10 of 20 PageID #:151

8/2/25, 10:15 PM  Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…









Subtotal $295.00

Beach Wind Shade Canopy, Shade Sun Shelter Tent for Beach, Backyard, Grassland,… ★★★☆☆ 58 $159.00 ✓prime

SUN NINJA Beach Tent Sun Shelter UPF50+ - Easy Pop Up Beach Canopy - Outdoor… ★★★★☆ 8,470 Limited time deal -27% $94.95 ($4.46 / in) List: $129.95 ✓prime

Beach Wind Shade Canopy, Shade Sun Shelter Tent for Beach, Backyard, Grassland,… ★★★★☆ 22 $129.00 ✓prime

Beach Tent Sun Shelter 10x10FT Beach Shade Canopy with 8 Sandbags, UPF 50+ Protecti… ★★★★☆ 80 $89.99 ✓prime Save 30% with coupon

Beach Tent UPF50+ Sun Shade Canopy with Sandbags, 4 Stability Poles, Ground Pegs, F… ★★★★☆ 477 Amazon's Choice $162.97 ✓prime

HOMEDEMO Beach Canopy UPF 50+, 6'×6', Easy Set up and Take Down Tent with Sand… ★★★★☆ 206 -15% $67.99 Typical: $79.99 ✓prime

Beach Tent Sun Shelter with UPF50+ Protection, One-Person Setup, Wind-Supported & S… ★★★☆☆ 20 -17% $99.99 Typical: $119.99 ✓prime Save $10.00 with coupon (some sizes/colors)

## Similar brands on Amazon

Sponsored ⓘ



KAZZARY Beach Tent UPF50+ Sun Shade Canopy with Sandbags, 4 Stability Pol… 4.3 ★★★★☆ 477 $162.97



CROWN SHADES Adjustable Height on The Fly, 10x10 Pop Up Canopy - Beach… 4.6 ★★★★☆ 632 $132.99 List Price: $139.99



WEKAPO Beach Blanket Sandproof Waterproof, Extra Large Beach Mat,… 4.7 ★★★★☆ 13,859 20% off Limited time deal $23.18 List: $28.98



Rhino… UPF5(… 4.2 ★ $73.9

## Customer reviews

★★★★☆ 4.6 out of 5
1,982 global ratings

5 star ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 84%
4 star ▓ 7%
3 star ▏ 3%
2 star ▏ 2%

### Customers say

Customers find the beach shade easy to set up with two people and appreciate its compact size when carrying it to the beach. The shelter provides excellent coverage from the sun and enhances beach experiences immeasurably, while being well-made and durable even in higher winds. While some customers consider it worth the money, others find it overpriced, and opinions about wind resistance are mixed - some say it works well with little wind, while others note it's not so great when the wind dies down.

ⓐⓘ Generated from the text of customer reviews

Select to learn more

8/2/25, 10:15 PM  Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…

1 star  4%

✓ Ease of setup     ✓ Lightweight     ✓ Shade     ✓ Functionality     ✓ Beach use     ✓ Durability

Value for money | Wind resistance

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

Subtotal $295.00



**Reviews with images**

See all photos ›

**Top reviews from the United States**

Al

★★★★★ **Lightweight and easy setup**
Reviewed in the United States on June 19, 2025
Verified Purchase

Have had this for 3 summers now and would absolutely recommend. I was initially hesitant based on the price, but this is lightweight and is BY FAR the easiest shade to set up. Over the years I've used umbrellas, party tents, tailgating canopies and none are as easy as this.

It relies on wind, so don't expect to use this somewhere other than the beach, like at a kids soccer game, for example, unless you have constant wind. Haven't had any issues with it staying up while at the beach, as there's always plenty of wind.

If the wind shifts you'll need to move the poles on one side so that it faces the wind. There's a lot of leeway even if you don't, but making adjustments takes all of 10 seconds and very little effort. Also, it does make noise, like a flying flag, so did the umbrellas, tents and canopies I've used in the past. This isn't any worse.

It stores easily, is lightweight, easy to haul around, and can be set up and put away with very little effort. The part that takes the longest is putting sand in the bag. It is expensive, but if you go to the beach often, this is well worth the price for the convenience it provides.

9 people found this helpful

Helpful | Report

The UXD in Me

★★★★★ **Beach Days Just Got Brighter!!**
Reviewed in the United States on July 23, 2025
Verified Purchase

Our new sun shade is a total game-changer for beach lovers at our beachfront rental! Guests (and us!) are raving about how easy it is to set up, light to carry, provides shade all day with quick and easy adjustments, and a breeze to store when not in use. Plus, it dries super fast! It's definitely a new favorite amenity for our guest. We love the design, especially the use of a natural resource making it more eco-friendly than other shade types we have used. This shade has been in use since about Memorial Day Weekend of 2025 and we



Subtotal
**$295.00**

have been pretty much fully booked since, so it has seen a lot of day after day use at the coast.

Since this shade is being used almost daily over the past 2 months, we would like to note the quality of the shade's construction along with it's durability through extended use.

I will be sure to pop back on to provide any updates if needed.

One person found this helpful

Helpful | Report

**D.L.Haynes**

★★★★★ **It's worth the cost!!**

Reviewed in the United States on June 15, 2025

**Verified Purchase**

We live at the beach. We have had this Shibumi since purchase date and have used it almost daily since. It's so easy to set up my 70+year old MIL can set it up and take it down by herself. When we first purchased we were impressed by the light weight of the product. I realize it's only tent poles and nylon so it does seem expensive for the product, however we have found with all the repeated use that it is very durable, functional and is so much better than an umbrella (which we had to continually purchase and they failed after just a few months) the Shibumi shade truly is a great value for the cost. No one has experienced any sunburns while relaxing under the Shibumi even when sunscreen was forgotten!! So the SPF is on point. I recommend.

3 people found this helpful

Helpful | Report

**Patty**

★★★★★ **Love this**

Reviewed in the United States on July 18, 2025

**Verified Purchase**

I love my Shibumi! Good quality and I love the design. It is a simple setup and a simple takedown. It's small when put away and doesn't need much space for storage. I purchased the smaller one and is perfect size for 2 beach chairs. The Shibumi needs wind and our local beach on the Gulf supplies lots of it! Thank you Shibumi for being part of our most fun beach days!

Helpful | Report

**Photoboy**

★★★★★ **Buy this canopy for the area it shades, and quick set up and take down.**

Reviewed in the United States on July 5, 2025

**Verified Purchase**

Waking on the beach in North Florida, I saw these strange floating canopies for shade. I asked a user where he bought it? He directed me to Amazon. I was shocked at the price for a piece of synthetic sheeting and an interlocking aluminum pole. We had guests from Minn. coming for July 4th. We needed shade for them to enjoy the beach and not get sunburned. After living on the beach for over 40 years, umbrellas blow away and are unpredictable in providing useful shade. I bit the bullet and bought this. It is spectacular in the area it shades. The 5 minutes it takes to put it up and take it down is a snap. The attached carrying bag, filled with adjacent sand is the perfect anchor. Though pricey, it earned its worth this afternoon by impressing our guests and protecting them from the sun. Buy it!

Case: 1:25-cv-04276 Document #: 24-2 Filed: 08/03/25 Page 13 of 20 PageID #:154

8/2/25, 10:15 PM                    Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…

5 people found this helpful

Helpful | Report

Subtotal
$295.00

Tami A. Lakey

★★★★★ **The breeze is your friend!**

Reviewed in the United States on July 27, 2025

Verified Purchase

Definitely worth the investment! Was a big bummer for the two days with ZERO breeze, but that was on Mother Nature 😳 We had an amazing few days when the winds cooperated! So lightweight, easy to set up and take down, and simple transport!

One person found this helpful

Helpful | Report

Matt

★★★★☆ **It's wind-powered, be mindful of the implications**

Reviewed in the United States on April 3, 2024

Verified Purchase

This is a great shade for us on the beach. The shaded area is really big and was able to comfortably fit all six of us plus our coolers.

However, if the wind is being finicky (speeding up, slowing down, changing directions) this shade will be difficult to use as well.

The shade is super easy to set up, take down, and transport. The entire set up collapses down into a 6" x 1.5' fabric cylinder.

Assuming you have steady, predictable wind, this shade will be perfect for you.

41 people found this helpful

Helpful | Report

Pam

★★★★★ **Best beach shade!**

Reviewed in the United States on June 7, 2025

Verified Purchase

Works great. Convenient to carry. Easy to set up. Totally recommend for the beach.

2 people found this helpful

8/2/25, 10:15 PM   Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…

Helpful | Report

See more reviews

Subtotal
$295.00



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

Case: 1:25-cv-04276 Document #: 24-2 Filed: 08/03/25 Page 15 of 20 PageID #:156

8/2/25, 10:15 PM                  Amazon.com: Shibumi Shade®, World's Best Beach Shade, The Original Wind-Powered® Beach Canopy, Provides 150 Sq. Ft. of Shade, Compact & Easy to Carry, Sets up in 3 Minutes, Wind Assi…









8/2/25, 10:14 PM Amazon.com Shopping Cart

Subtotal **$295.00**


**Leopard Print Rug, Cute Faux Cheetah Cowhide Skin Fur Rug Animal...**
★★★★☆ 611
5K+ viewed in past month
Amazon's Choice
**$29.89**
Get it as soon as **Friday, Aug 8**
FREE Shipping on orders over $35 shipped by Amazon


**MACEVIA Leopard Rug Cheetah Print Rugs Western Decor for Living Room Bedroom Faux...**
★★★★☆ 1,635
9K+ viewed in past month
**$25.99**
Get it as soon as **Thursday, Aug 7**
FREE Shipping on orders over $35 shipped by Amazon

**Huichenxing2021FURSTORE Faux Cheetah Area Rug Animals Printed Hide Mats Leopard Faux Hid...**
★★★★☆ 178
2K+ viewed in past month
**$84.79**
Get it **Aug 13 - 19**
$2.98 shipping


**Leopard Area Rug Animals Printed Hide Mats Faux Fur Cowhide Skin Carpet for Home...**
★★★★☆ 1,106
4K+ viewed in past month
**$84.69**
Get it as soon as **Monday, Aug 11**


**Asuprui Faux Cheetah Rug Animal Rug Leopard Print Rug Faux Cowhide Area Rug Animal Print...**
★★★★☆ 102
1K+ viewed in past month
**$31.90**
Get it as soon as **Thursday, Aug 7**
FREE Shipping on orders over $35 shipped by Amazon
Only 5 left in stock - order...


**WARM HAVEN Leopard Print Rug, Animal Print 4.6x5.2 Feet Cowhide Rug for Living Room Bedroo...**
★★★★☆ 245
500+ viewed in past month
**$39.99**
Get it as soon as **Thursday, Aug 7**
FREE Shipping by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

