IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEZESHI BINGYU XINXI KEJI YOUXIAN GONGSI., <br><br> Plaintiff, <br><br> v. <br><br> SHIBUMI SHADE, INC., <br><br> Defendant. | No: 1:25-cv-04276 <br><br> Honorable Franklin U. Valderrama <br><br> Magistrate Judge Daniel P. McLaughlin |

**DECLARATION OF JEFF SCHWANINGER**

Now comes Jeff Schwaninger ("Schwaninger") who declares under penalty of perjury as follows:

1. I am Vice President of Wholesale at Shibumi Shade, Inc. ("Shibumi"), the defendant in the above-captioned case. I am of majority age and competent to testify regarding the matters herein stated.

2. In my capacity as Vice President of Wholesale, I oversee Shibumi's wholesale strategy, including relationships, operations, and growth for Shibumi's wholesales to businesses and retailers nationwide.

3. Shibumi has a wholesale contract with Dick's Sporting Goods ("Dick's"), a national retailer of sporting goods and outdoor accessories with hundreds of locations across the United States, including in at least 47 States. A true and correct copy of that agreement is attached hereto as Exhibit A.

4. Under Shibumi's wholesale contract with Dick's, Dick's classifies the purchase order as a "Bulk Purchase Order."

5. Shibumi's wholesale contract with Dick's provides that Dick's purchases product from Shibumi, and that product is sent to one of Dick's five warehouses located in Pennsylvania, Indiana, Georgia, Arizona, or New York. From there, Dick's determines which of its brick-and-mortar locations located nationwide will carry the products. The contract provides that Dick's alone decides where to place that product. Shibumi has no control over the ultimate locations where Dick's places Shibumi's products.

6. The attached Exhibit B, entitled Merchandise and Supply Chain Inc. Routing and Transportation Guide, further explains the relationship between Shibumi and Dick's.

7. Shibumi maintains contracts and agreements with other retailers across the United States including REI and Ace Hardware.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

DATE: 8/11/2025

Jeff Schwaninger