**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEZESHI BINGYU XINXI KEJI YOUXIAN GONGSI., <br><br> Plaintiff, <br><br> v. <br><br> SHIBUMI SHADE, INC., <br><br> Defendants. | Case No. 1:25-cv-04276 <br><br> **Honorable Franklin U. Valderrama** <br><br> **Magistrate Daniel P. McLaughlin** |

**DECLARATION OF YINPING SONG**

**I, YINPING SONG, declare as follows**

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration, and such statements are true and correct.

2. I am the General Manager of HEZESHI BINGYU XINXIKEJI YOUXIANGONGSI. My company is a small Amazon online-store team of three people. I am responsible for the company's overall operations, with primary responsibility for research and development and factory production, while also overseeing operations and sales. Accordingly, my company has designated me to give deposition testimony. I am the plaintiff in the above-captioned case. This declaration is submitted to respectfully request that, if the Court deems it necessary to take my deposition, the Court permit it to be conducted by videoconference, without requiring me to travel to the United States in person.

3. Traveling to the United States for an in-person deposition would cause significant financial hardship. The costs of international airfare, hotel accommodations, local transportation, and meals during the trip are extremely high. For example, traveling from China to the United States typically requires approximately 24 hours of travel with connections each way, and the one-way airfare is around USD 1,000; round-trip airfare is estimated to exceed USD 2,000. Hotel and meal expenses are estimated over USD 200 per day. In addition, attorney time is billed around USD 500 per hour. Because the length of the trip is uncertain, the total cost could easily reach at least 10,000 U.S. dollars. For a company of our size, these expenses are difficult to bear.

4. Our company operates an online store that sells products primarily through Amazon's U.S. platform, and we ordinarily have no need to travel to the United States. I do not currently have a valid U.S. visa. Obtaining a visa would require submitting a new application, which is time-consuming and uncertain in outcome.

5. The U.S. visa application process is also relatively burdensome. It typically requires an invitation letter, gathering supporting information and completing detailed forms, and then scheduling an appointment with the U.S. consulate. The wait time for an interview appointment at the U.S. embassy or consulate is often at least one month, and sometimes longer. After securing an appointment, the applicant must appear in person for an interview at a U.S. consulate in China. Even if the interview is successful, it generally takes additional business days after the interview to receive the visa. Based on my understanding, current U.S. visa policies are relatively strict and denial rates are high.

6. Our company is currently under severe financial pressure, and even our day-to-day operations have become very difficult. Based on our estimates, Defendants' sales on

Amazon are dozens of times greater than ours. Defendants also have offline sales, so their total sales are likely more than one hundred times ours.

7. We filed this declaratory judgment action seeking a finding of non-infringement only because Defendants initiated an APEX proceeding against us on Amazon. If we do not respond, we risk losing all of our R&D (Research and Development) investment, as well as the inventory we have already manufactured. We believe our products do not infringe Defendants' rights, and that Defendants are acting in bad faith to interfere with our normal marketing and business operations.

8. Before launching the product, our company invested substantial funds in its development and production, including mold costs in the hundreds of thousands of RMB and initial inventory with a value exceeding one million RMB. This product was independently developed by our company. We have applied for our own intellectual property rights in both China and the United States, and we are confident that we have not infringed Defendants' intellectual property.

9. We launched the product in 2025, and the company has incurred substantial debt due to R&D, marketing, and inventory costs. We still have a large amount of unsold inventory. This product sells primarily in the summer; it is currently the off-season, and we sometimes receive only a few orders in an entire week. At the same time, Amazon's fees are very high. From October 2025 to the present, Amazon has charged us more than USD 5,000 per month in storage fees (including standard and long-term storage fees because the inventory has been stored for more than six months). We expect to have to pay approximately the same amount each month for the next several months. Often, because there are insufficient funds in our Amazon account, I have had to pay these charges by credit card. Requiring

credit card. Requiring international travel from China to the United States for an in-person deposition would further worsen our already strained financial situation.

10. On a personal level, my son is currently in the fifth grade of elementary school, and I am his primary caregiver. Because of her job responsibilities, his mother is not able to take over caregiving duties for an extended period of time. In addition to my work, I am generally responsible for picking him up and dropping him off, preparing dinner, and helping him with his schoolwork. The transition from elementary school to middle school is a particularly important stage for him. A lengthy international trip of uncertain duration would therefore create significant personal and family hardship for me. Modern videoconferencing technology provides a practical, efficient, and far less burdensome alternative. It allows for a full and effective examination while eliminating the difficulties described above. I am fully prepared and willing to participate in a deposition at a time convenient for the Court and the parties through a secure and reliable videoconference link.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Dated: 2/11/2026

*YINPING SONG*
YINPING SONG

4