# EXHIBIT A



US011255103B2

(12) **United States Patent** (10) **Patent No.:** **US 11,255,103 B2**
Barnes et al. (45) **Date of Patent:** **Feb. 22, 2022**

(54) **SHADING SYSTEM AND METHOD OF USE**

(71) Applicant: **Shibumi Shade, Inc.**, Raleigh, NC (US)

(72) Inventors: **Dane Brooks Barnes**, Raleigh, NC (US); **Alexander Griffith Slater**, Raleigh, NC (US); **Scott Christian Barnes**, Raleigh, NC (US)

(73) Assignee: **Shibumi Shade, Inc.**, Raleigh, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/343,107**

(22) Filed: **Jun. 9, 2021**

(65) **Prior Publication Data**
US 2021/0293044 A1 Sep. 23, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/232,799, filed on Apr. 16, 2021, which is a continuation of application
(Continued)

(51) **Int. Cl.**
*E04H 15/00* (2006.01)
*E04H 15/44* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... *E04H 15/003* (2013.01); *E04H 15/30* (2013.01); *E04H 15/32* (2013.01); *E04H 15/36* (2013.01); *E04H 15/44* (2013.01)

(58) **Field of Classification Search**
CPC ..... E04H 15/326; E04H 12/22; E04H 15/003; E04H 15/005; A47H 1/00
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,186,510 A * 1/1940 Walter ..................... A47G 5/00
160/19
3,042,053 A 7/1962 Gabriel
(Continued)

FOREIGN PATENT DOCUMENTS

DE 10 2009 020 795 11/2010
FR 2 884 844 4/2005
(Continued)

OTHER PUBLICATIONS

YouTube video by Robert Marazzita: The Best Beach Cabana—Set Up and Tear Down, Jul. 9, 2015, [site visited Aug. 8, 2017], Available on the Internet URL: <https:www.youtube.com/watch?v=LfccH7yV6SE>.
(Continued)

*Primary Examiner* — Noah Chandler Hawk
(74) *Attorney, Agent, or Firm* — Womble Bond Dickinson (US) LLP

(57) **ABSTRACT**

A system for providing shade onto a surface is described herein. The system includes a canopy configured for engagement with, and aerial suspension by, a frame. The frame includes a plurality of sections configured for end-to-end alignment from a left end to a right end of the frame. Each section is configured to engage with any adjacent sections to form the frame. The ends of the frame are secured to the surface, thereby aerially suspending the canopy and providing shade to the surface.

**21 Claims, 7 Drawing Sheets**



**US 11,255,103 B2**

Page 2

### Related U.S. Application Data

No. 16/987,886, filed on Aug. 7, 2020, now Pat. No. 11,111,690, which is a continuation of application No. 16/224,465, filed on Dec. 18, 2018, now Pat. No. 10,753,117, which is a continuation of application No. 15/675,715, filed on Aug. 12, 2017, now Pat. No. 10,190,330.

(60) Provisional application No. 62/409,426, filed on Oct. 18, 2016.

(51) **Int. Cl.**
| | |
|---|---|
| *E04H 15/36* | (2006.01) |
| *E04H 15/30* | (2006.01) |
| *E04H 15/32* | (2006.01) |

(58) **Field of Classification Search**
USPC ............. 135/127, 114, 115, 120.1, 118, 119; 40/214, 606.11, 217, 412; 160/135, 350, 160/351, 352, 377, 349.1, 330
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,052,249 | A | 9/1962 | Seaman et al. |
| 3,070,107 | A | 12/1962 | Beatty |
| 3,075,536 | A | 1/1963 | Parker |
| 3,394,720 | A | 7/1968 | Moss |
| 4,590,956 | A | 5/1986 | Griesenbeck |
| 4,930,534 | A | 6/1990 | Hill |
| 5,080,123 | A | 1/1992 | Stein |
| 5,299,590 | A | 8/1994 | Deibert et al. |
| 5,678,704 | A * | 10/1997 | Deeds .................... A47H 1/00 160/330 |
| 5,927,311 | A | 7/1999 | Jager |
| 5,950,649 | A | 9/1999 | Gerig |
| 6,964,277 | B2 | 11/2005 | Naber |
| 7,406,977 | B1 | 8/2008 | Shires |
| 7,708,339 | B2 | 5/2010 | Zapater |
| 7,789,097 | B1 | 9/2010 | Sotirkys et al. |
| 8,424,549 | B1 | 4/2013 | Goldsmith et al. |
| 8,453,664 | B2 | 6/2013 | Parsons et al. |
| 8,720,461 | B2 | 5/2014 | Nichols |
| 8,899,251 | B2 | 12/2014 | Leung et al. |
| 9,051,755 | B2 | 6/2015 | Heining et al. |
| 9,051,756 | B1 | 6/2015 | Jenkins |
| 9,113,724 | B1 | 8/2015 | Heining et al. |
| 2003/0089390 | A1 | 5/2003 | Seo |
| 2007/0079857 | A1 | 4/2007 | Tseng |
| 2012/0291830 | A1 | 11/2012 | Crimi |
| 2013/0074894 | A1 | 3/2013 | Cook |
| 2014/0041703 | A1 | 2/2014 | Funston |
| 2014/0209132 | A1 | 7/2014 | Landry |
| 2015/0040957 | A1 | 2/2015 | Mallookis et al. |
| 2015/0252585 | A1 | 9/2015 | Mallookis et al. |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| KR | 101315166 | B1 * | 10/2013 |
| WO | WO 02/04768 | | 1/2002 |

#### OTHER PUBLICATIONS

YouTube video by Robb's Homemade Life: Make $15 Beach Shade tent Easy Quick DIY, Oct. 6, 2015 [site visited Aug. 8, 2017] Available on the internet URL: <www.youtube.com/watch?v+ X20b4pLJxlc>.

YouTube video by Beachspirit: Kitent (R)—the Floating beach tent for sun shade, Oct. 8, 2016 [site visited Aug. 8, 2017] Available on the internet URL: <https://myoutube.com/watch?v=OUaDZeqdTkQ>.

YouTube video by ZiggyShade Beach Sunshade: ZiggyShade—Beach Sunshade—Set up instructions, Nov. 24, 2016 [site visited Aug. 8, 2017] Available on the internet URL: <https://youtu.be/1krQ0rlumws>.

YouTube video by bibitedog: How to setup a butterfly arch, May 26, 2012 [site visited Dec. 18, 2018] Available on the internet URL: <https://www.youtube.com/watch?v=FOTYtjQAL4s>.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

Case: 1:25-cv-04276 Document #: 53-1 Filed: 03/13/26 Page 7 of 15 PageID #:386



FIG. 4

Case: 1:25-cv-04276 Document #: 53-1 Filed: 03/13/26 Page 8 of 15 PageID #:387



**FIG. 5**

Case: 1:25-cv-04276 Document #: 53-1 Filed: 03/13/26 Page 9 of 15 PageID #:388



FIG. 6

Case: 1:25-cv-04276 Document #: 53-1 Filed: 03/13/26 Page 10 of 15 PageID #:389



**FIG. 7**

US 11,255,103 B2

1

# SHADING SYSTEM AND METHOD OF USE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 17/232,799 filed Apr. 16, 2021, which is a continuation of U.S. application Ser. No. 16/987,886, filed Aug. 7, 2020, which is a continuation of U.S. patent Ser. No. 16/224,465, filed Dec. 18, 2018, which granted Aug. 25, 2020 as U.S. Pat. No. 10,753,117, which is a continuation of U.S. application Ser. No. 15/675,715, filed Aug. 12, 2017, which granted Jan. 29, 2019 as U.S. Pat. No. 10,190,330, which is a non-provisional of U.S. Provisional Patent Application 62/409,426 filed Oct. 18, 2016, which applications are hereby incorporated by reference in their entirety in this application.

## TECHNICAL FIELD

The presently disclosed subject matter is directed towards a system and method for providing shade from the sun. Specifically, a transportable system and method of use for providing shade from the sun is disclosed that includes a canopy supported by a singular frame and an engaged counterweight.

## BACKGROUND

Avoiding direct sunlight when outdoors is a ubiquitous problem faced by anyone who spends significant time outdoors. Shading systems of the prior art are typically ineffective or impractical to use for a number of reasons. Some systems include rigid canopy susceptible to being shifted or unanchored by wind. Other systems are cumbersome to transport or assemble, due to the number of parts involved, steps required during setup and/or low shade to weight ratios.

Accordingly, there remains a need for systems and methods including flexible canopy structures capable of being at least partially supported by wind and configured for easy of transport and assembly.

## SUMMARY

This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key features or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter. Further, the claimed subject matter is not limited to implementations that solve any or all disadvantages noted in any part of this disclosure.

According to at least one embodiment of the disclosed subject matter, a system for providing shade onto a surface is provided. The system includes a canopy configured for engagement with, and aerial suspension by, a frame; the frame consisting essentially of a plurality of sections configured for end-to-end alignment from a left end to a right end, wherein each section is configured to engage with any adjacent sections, wherein the left end and the right end are configured to be secured to the surface for aerially suspending the frame and the canopy.

According to at least one embodiment of the disclosed subject matter, a method of providing shade to a surface is provided. The method includes coupling adjacent sections of a plurality of sections into end-to-end alignment to form a

2

frame from a first end to a second end; sliding the frame through one or more loops of a canopy; securing the left end and the right end of the frame to the surface, thereby aerially suspending the canopy and providing shade to the surface.

According to at least one embodiment of the disclosed subject matter, the system further includes a cable extending through the plurality of sections of the frame from the left end to the right end.

According to at least one embodiment of the disclosed subject matter, the system further includes a cord coupled to an anchor and engageable with, or coupled to, the canopy or frame, the anchor configured for housing weight.

According to at least one embodiment of the disclosed subject matter, the system further includes at least one loop on a suspension end of the canopy, the loop configured for accepting a portion of the frame therethrough.

According to at least one embodiment of the disclosed subject matter, wherein the canopy further includes at least one hoop positioned at an apex of the suspension end engageable with, or coupled to, a cord, the cord engageable with, or couple to, an anchor for housing weight.

According to at least one embodiment of the disclosed subject matter, the system further includes at least one strap engageable with the canopy and configured to wrap about the frame for securing the canopy into position relative to the frame.

According to at least one embodiment of the disclosed subject matter, wherein the at least one strap includes a strap fastener on one end configured for fastening to a canopy fastener on the other end for securing the canopy into the position relative to the frame.

According to at least one embodiment of the disclosed subject matter, wherein the at least one strap has a higher friction of coefficient with respect to the frame relative to the canopy with respect to the frame.

According to at least one embodiment of the disclosed subject matter, wherein the at least one strap is elastic.

According to at least one embodiment of the disclosed subject matter, wherein all but one of the sections includes a female end for accepting a male end of one of the adjacent sections therein.

According to at least one embodiment of the disclosed subject matter, the system further includes a container for housing and transporting all of the other components of the system.

According to at least one embodiment of the disclosed subject matter, wherein the container is also an anchor for housing weight, the container coupled to a cord, the cord engageable with, or coupled to, the canopy or frame.

According to at least one embodiment of the disclosed subject matter, wherein the cord is attached to an interior bottom of the container for inverting the container to serve as the anchor for housing weight.

According to at least one embodiment of the disclosed subject matter, wherein the container includes an interior compartment for housing the sections separate from the canopy.

According to at least one embodiment of the disclosed subject matter, the method further includes filling an anchor with weight, the anchor selectively engageable with, or secured to, the canopy or the frame via a cord.

According to at least one embodiment of the disclosed subject matter, wherein coupling adjacent sections includes a receiving end of all but one of the sections accepting one of the adjacent sections therein.

According to at least one embodiment of the disclosed subject matter, the method further includes unpacking the

US 11,255,103 B2

3             4

frame and the canopy from a container configured for transporting the frame and the canopy.

According to at least one embodiment of the disclosed subject matter, the method further includes wrapping at least one strap engaged with the canopy about the frame for securing the canopy into position relative to the frame.

According to at least one embodiment of the disclosed subject matter, the method further includes fastening the at least one strap for locking the strap into position.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing, as well as the following Detailed Description of preferred embodiments, is better understood when read in conjunction with the appended drawings. For the purposes of illustration, there is shown in the drawings exemplary embodiments; however, the presently disclosed subject matter is not limited to the specific methods and instrumentalities disclosed.

FIG. **1** is a perspective view of a system for providing shade according to one or more embodiments of the presently disclosed subject matter.

FIG. **2** is a front view of a frame in a transport configuration according to one or more embodiments of the presently disclosed subject matter.

FIG. **3** is a perspective view of at least one strap engageable with a canopy according to one or more embodiments of the presently disclosed subject matter.

FIG. **4** is a perspective view of a loop coupled to the canopy for engaging a cord according to one or more embodiments of the presently disclosed subject matter.

FIG. **5** is a perspective view of a container serving as an anchor according to one or more embodiments of the presently disclosed subject matter.

FIG. **6** is a perspective view of the container housing the system for shading according to one or more embodiments of the presently disclosed subject matter.

FIG. **7** is a perspective view of the container having a compartment for housing sections of the frame according to one or more embodiments of the presently disclosed subject matter.

DETAILED DESCRIPTION

These descriptions are presented with sufficient details to provide an understanding of one or more particular embodiments of broader inventive subject matters. These descriptions expound upon and exemplify particular features of those particular embodiments without limiting the inventive subject matters to the explicitly described embodiments and features. Considerations in view of these descriptions will likely give rise to additional and similar embodiments and features without departing from the scope of the inventive subject matters. Although the term "step" may be expressly used or implied relating to features of processes or methods, no implication is made of any particular order or sequence among such expressed or implied steps unless an order or sequence is explicitly stated.

Any dimensions expressed or implied in the drawings and these descriptions are provided for exemplary purposes. Thus, not all embodiments within the scope of the drawings and these descriptions are made according to such exemplary dimensions. The drawings are not made necessarily to scale. Thus, not all embodiments within the scope of the drawings and these descriptions are made according to the apparent scale of the drawings with regard to relative dimensions in the drawings. However, for each drawing, at least one embodiment is made according to the apparent relative scale of the drawing.

FIG. **1** depicts one embodiment of a system **10** for providing shade **1** onto a surface **2**. The system **10** may include a canopy **12** configured for engagement with, and aerial suspension by, a frame **14**. The canopy **12** may include one or more lightweight materials, the material including one or more of the following properties: ripstop, polyester, blackout, light diffusion, light modification, and waterproof. The canopy **12** may be unitarily constructed or may include a plurality of coupled sections **44** and/or selectively engageable sections **44**.

According to some embodiments, the canopy **12** may define a suspension end **42** positioned proximal to the frame **14** when the canopy **12** is engaged with the frame **14**. The suspension end **42** may include one or more suspension fasteners **46** for engaging the canopy **12** with the frame **14**. Fasteners **46**, **52**, **54**, as used herein, may include any fasteners of the prior art, including but not limited to hooks and loops, male and female buttons, hook and slit or aperture, and/or magnets. FIG. **1** depicts the canopy **12** defining at least one loop **40** on the suspension end **42** of the canopy, the loop **40** configured for accepting a portion **26** of the frame **14** therethrough. Although the loop **40** of FIG. **1** extends the entire length of the suspension end **42**, the loop **40**, or plurality of loops **40**, may only extend a smaller distance of the suspension end **42**. In some embodiments, one or more loops **40** may include tie strings for engaging the suspension end **42** with the frame **14**.

The canopy **12** may be configured to suspend or be stored in any number of shapes and sizes. In some embodiments, the canopy **12** may define one or more vent holes and/or wind socks for permitting wind to pass therethrough. In other embodiments, the canopy **12** may define tails extending from a side opposite the suspension end **42**.

While the suspension end **42**, suspension fasteners **46** and loop(s) **40** engage the canopy **12** to the frame **14**, in some embodiments, additional securing mechanisms may be desired to secure the canopy **12** into position relative to the frame **14**. FIGS. **1** and **3** depict embodiments of the system **10** including at least one strap **50** engageable with, or coupled to, the canopy **12** for securing the canopy **12** into position relative to the frame **14**. The at least one strap **50** may be elastic rubber, gear ties, bungee cord, rope or any other material capable of wrapping about the frame **14** or other component of the system **10**. The at least one strap **50** may engage or couple to the canopy **12** on either or both ends and/or to the loop **40** of the suspension end **42**. Each of the straps **50** may be configured to wrap about the frame **14**, or engage the frame **14** using a strap fastener **52** and/or a canopy or frame fastener **54**. In some embodiments, a strap **50** may include a canopy fastener **54** for engaging the canopy **12** (e.g., a ball at one end of the strap **50** for engaging a grommeted aperture of the canopy **12**), and the strap **50** may be manipulated about the frame **14**. Alternatively, a strap **50** may include both a strap fastener **52** on one end and a canopy fastener **54** on the other end for wrapping the strap **50** about the frame **14** and fastening the fasteners **52**, **54** together (see, e.g., FIG. **3**). In yet another alternative, the strap **50** may include be coupled or engaged to the canopy **12** on one end and include a frame fastener **54** on the other end for engaging the canopy **12** to the frame **14**.

The at least one strap **50** may be comprised of any number of materials, including but not limited to one or more of the following: fabric, rubber, plastic, and metal. In some

US 11,255,103 B2

5

6

embodiments, the at least one strap 50 may have a higher friction of coefficient with respect to the frame 14 relative to the canopy 12 with respect to the frame 14. For example, if the canopy 12 includes polyester fabric and the at least one strap 50 includes rubber, then the friction of coefficient with a metal or plastic frame 14 would be higher for the strap than for the canopy 12. In some embodiments, the at least one strap 50 may be elastic. Being able to stretch the at least one strap 50 about the frame 14 when engaging the frame 50 thereto can greatly increase the friction between the strap 50 and the frame 14, particularly if the strap 50 is also fastened to itself after wrapping.

According to some embodiments, the frame 14 of the system 10 may include, or consist essentially of, a plurality of sections 24 configured for end-to-end alignment from a left end 20 of the frame 14 to a right end 22 of the frame 14. Each of the sections 24 may be further configured to engage with any adjacent sections 24. When two or more or all of the sections 24 are aligned end-to-end and engaged with adjacent sections 24, the sections 24 being an example embodiment of an aligning component, the frame 14 may be positioned to receive and support the canopy 12. In some embodiments, the sections 24 are arranged telescopically, where each adjacent section 24 may be housed within, and extend from each adjacent section 24. In other embodiments, as depicted in FIG. 2, many of the sections include both a male end 62 and a female end 60 for engaging adjacent sections 24 to each other to construct the supporting frame 14. In some embodiments, all but one of the sections 24 includes a female end 60 for accepting a male end 62 of one of the adjacent sections 24 therein.

During transport, the sections 24 may be compactly configured as depicted in FIG. 2. A first section 64 may define the left end 20 of the frame 14 and a last section 66 may define the right end 22 of the frame 14. The first section 64 may include a single male end 62 or female end 60, with the other end being the left end 20 and/or cap 68 (FIG. 2 depicts first section 64 having a male end 62 and cap 68). A last section 66 may similarly include a single male end 62 or female end 60, with the other end being the right end 22 and/or cap 68 (FIG. 2 depicts last section 66 having a female end 60 and cap 68). The cap may serve to close off an end of the first and/or last section 64, 66 for preventing sand from entering therein and for securing the cable 30, as described below.

As depicted in FIG. 2, the system 10 may further include a cable 30 extending through the plurality of sections 24 of the frame 12 from the left end 20 to the right end 22. The cable 30 may be elastic so that the sections 24 may be maneuvered between a transport configuration (e.g., FIG. 2) and a supporting configuration (e.g., FIG. 1), yet still remain adjacent and aligned end-to-end, the cable 30 being an example of an aligning component by providing supporting tension to the end-to-end alignment of the supporting configuration. The cable 30 may be affixed to an interior and/or cap 68 of the first section 64 and second section 66. The cable 30 may also be affixed to interiors of any of the other sections 24.

When the frame 14 is in the transport configuration, and a cable 30 extends through the sections 24 of the frame 14, the male and female ends 60, 62, and/or the cable 30 itself, may be configured to prevent degradation or injury to the cable 30. Looking to FIG. 2, any pressure applied to the sections 24 from the top of the figure or the bottom of the figure may create injury to the cable 30 where it is exposed between the male and female ends 60, 62. Therefore, the female ends 60 and/or male ends 62 may define grooves for

permitting passage of the cable therebetween such that any objects applying pressure from the top or bottom of the figure would apply that pressure directly to the ends 60, 62 and not onto the cable 30, effectively clipping the cable between the end 60, 62 and the object. The cable 30 may include reinforcements at the exposed sections between the ends 60, 62 when in the transport configuration. The reinforcements may include additional layers of fabric, metal-reinforced cylinders, and/or thicker elastic bands.

In some embodiments of the system 10, the sections 24 of the frame 12 may form a curved shape when in the supporting configuration. In other embodiments, the sections 24 may form other shapes or designs when in the supporting configuration. A curved shape may be formed when the male and female ends 60, 62 are co-extensive with curved axis the remaining portions of the sections 24. To form other designs, the female ends 60 and/or male ends 62 may be shaped for creating non-co-extensive angles with respect to the axis of the remaining portions of the sections 24. For example, a female end 60 engaging two sections may be shaped in a right angle, thereby creating an 'L' shape when the two adjacent sections are engaged. Other female ends 60 may be shaped at other angles, thereby creating a design or pattern when all of the sections 24 are engaged and the frame is in the supporting configuration.

Referencing FIGS. 4 and 5, the system 10 may further include a cord 32 engaged with, or coupled to, an anchor 34, the canopy 12, and/or the frame 14 for providing support to the frame 14 when in the supporting configuration. The anchor 34 may be configured for housing weight 36. The cord 32 may be engaged with or coupled to the canopy 12 and/or frame 14 at an apex of a canopy 12 and/or frame 14. For example, if the ends 20, 22 of the frame 14 are secured within sand on a beach, the anchor 34 may be filled with sand acting as the weight 36. The system 10 may further include a hoop 33 or other fastener, such as the fasteners described herein, engaged with, or coupled to, the canopy 12 or frame 14 with which the cord 12 may be engaged or coupled (e.g., see FIG. 4 embodiment where the hoop 33 is coupled to the canopy 12).

FIG. 6 depicts an embodiment of the system 10 further including a container 70 for housing and transporting all of the other components of the system 10. The container 70 may include a band 76 for transporting the container 70 about the shoulder or in the palm of a user 3. The band 76 may be configured to be a handle and/or may be selectively engageable with the container 70 for storage therein. The container 70 may include a drawstring 78 or other closing mechanism for securing the contents of the system 10 therewithin.

The container 70 may also be the anchor 34 for housing weight 36 (see, e.g., FIG. 5). In some embodiments, the container 70 may be inverted for housing weight 36 for ensuring that minimal amounts of weight 36 remain in the container once re-inverted so that the contents of the system 10 are not disturbed by any weight 36 during transportation and/or storage of the system 10. The cord 32 may be engaged with or coupled to an interior 72 of the container 70 for inverting the container 70. The cord 32 may be engaged with or coupled to the bottom 74 of the container 70 for permitting full inversion, or at a mid-point 75 of the container 70 for permitting half inversion of the container 70 (see, e.g., FIG. 7). In other embodiments, the cord 32 may be selectively engaged or coupled with an exterior 73 of the container 70.

For example, when the contents of the system 10 are removed from the container 70, the cord 32 may be pulled

7 8

away from the container 70 while the container 70 is held into position (or pushed away from the cord 32), thereby inverting the container 70 to serve as the anchor 34. When the cord 32 is engaged or coupled to an interior 72 and bottom 74, the pulling of the cord 32 may result in the full inversion of the container 70. When the cord is engaged or coupled to an interior 72 and mid-point 75, the pulling of the cord 32 may result in a half inversion of the container 70. If the container 70 includes a compartment 77 as described herein, then the inversion of the container 70 may result in the compartment 77 being exterior to the anchor 34 and any weight 36.

FIG. 7 illustrates the container 70 including a compartment 77 positioned on the interior 72 for housing the sections 24 separate from the canopy 12. The compartment 77 may be engageable with or coupled to the interior 72 of the container 70. The compartment 77 may be sewn to the interior 72 of the container 70 along a single seam or multiple seams. A drawstring or other closing mechanism 78 may be included on the container 70 for cinching close an open side 79 of the container. Although FIG. 7 depicts the seam of the compartment 77 only connecting a portion of the compartment length to the container 70, other embodiments may include the entire length of the compartment 77 being sewn to the container 70.

The left end 20 and the right end 22 of the frame 14 may be each be embedded in the surface 2. The ends 20, 22 may define a conical shape or a corkscrew shape for ease of penetration of the surface 2. Additional anchor(s) 35 may be engaged or coupled to the left end 20 and/or right end 22 for further securing the frame 14 into position. In embodiments where a tail is defined by the canopy 12, the tail may be engaged with or coupled to an additional anchor 34 for securing the canopy 12 into position for providing shade 1 to the surface 2. In yet additional embodiments, an additional suspension end 43 may be defined by the canopy 12. The additional suspension end 43 may include any of the features and characteristics described herein attributed to the suspension end 42. For example, the additional suspension end 43 may form an additional loop 41 for engaging or coupling an additional frame 15, thereby further suspending the canopy 12 from both the frame 14 and the additional frame 15.

In addition to the methods of using the system 10 described herein, the following additional methods of using the system 10 are provided. A method of providing shade 1 to a surface 2 may include unpacking or removing the frame 14 and the canopy 12 from the container 70. Adjacent sections 24 of the plurality of sections 24 may be engaged or coupled into end-to-end alignment to configure the frame 14 from a left end 20 to a right end 22 into a supporting configuration. The frame 14 may slide through one or more loops 40 of the canopy 12 and/or may be engaged with the suspension end 42 of the canopy 12. The ends 20, 22 of the frame 14 may be secured to the surface 2, thereby aerially suspending the canopy 12 and providing shade 1 to the surface 2.

The canopy 12 may be secured into position relative to the frame 14 by wrapping at least one strap 50 about the frame 14 and/or fastening the at least one strap 50 to or about the frame 14. The cord may be engaged with the canopy 12, frame 14 and/or anchor 34. The anchor 34 may be filled with weight 36. Additional anchors 35 may be engaged with the ends 20, 22, additional frame 15 and/or tail of the canopy 12. The additional anchors 35 may be filled with weight 36.

Particular embodiments and features have been described with reference to the drawings. It is to be understood that these descriptions are not limited to any single embodiment or any particular set of features, and that similar embodiments and features may arise or modifications and additions may be made without departing from the scope of these descriptions and the spirit of the appended claims.

The invention claimed is:

1. A system for providing shade onto a surface, the system comprising:
  a frame engageable with the surface and comprising a plurality of sections and at least one aligning component affixed to one or more of the plurality of sections of the frame, such that the plurality of sections are maneuverable between a compactly configured transport configuration and a supporting configuration where the plurality of sections are aligned from a first end to a second end;
  a canopy extending between a suspension end and an opposing trailing end, the suspension end of the canopy being engageable with the frame about a portion of the frame, wherein the trailing end of the canopy is spaced apart from the portion of the frame in the supporting configuration such that the canopy is supportable by the first frame and at least partially aerially supportable by wind in a first configuration for providing shade to the surface;
  a cord coupleable to one or both of the frame and the canopy;
  an anchor being coupleable to the cord so that the frame remains in the supporting configuration; and
  a container capable of both transporting all of the components of the system and acting as the anchor.

2. The system of claim 1, wherein the canopy is unitarily constructed or comprises a plurality of coupled sections.

3. The system of claim 2, wherein the plurality of coupled sections are selectively engageable sections.

4. The system of claim 1, wherein the canopy defines one or more vent holes, one or more tails extending from a side opposite the suspension end, one or more wind socks, or a combination thereof.

5. The system of claim 1, wherein the at least one aligning component comprises an intermediate section arranged between a first section and a second section of the plurality of sections.

6. The system of claim 1, wherein the at least one aligning component comprises a cable extending through the plurality of sections of the frame.

7. The system of claim 1, wherein the plurality of sections form a curved shape in the supporting configuration.

8. The system of claim 1, wherein at least one of the plurality of sections is arranged at a non-co-extensive angle with respect to an axis of another of the plurality of sections.

9. The system of claim 1, wherein ends of the frame are securable to a surface.

10. The system of claim 1, wherein the anchor houses weight.

11. The system of claim 1, wherein the plurality of sections form a shape other than a curved shape when in the supporting configuration.

12. The system of claim 1, wherein at least one of the plurality of sections comprises a female end for accepting a male end of an adjacent one of the plurality of sections.

13. The system of claim 1, further comprising at least one fastener engaged with, coupled to, or defined by one or both of the canopy and the frame, wherein the fastener is positioned substantially at a center of one or both of the frame and the canopy in the supporting configuration, the cord

US 11,255,103 B2

9

being coupleable to the at least one fastener to selectively engage with or secure the cord to one or both of the canopy and the frame.

**14**. A system for providing shade onto a surface, the system comprising:

a frame that includes a plurality of sections that are maneuverable between a compactly configured transport configuration and a supporting configuration where the plurality of sections are engaged or coupled into alignment to configure the frame from a left end that is engageable with the surface to a right end that is engageable with the surface;

a canopy extending between a suspension end and an opposing trailing end, the suspension end of the canopy being coupleable with the frame about a portion of the frame such that in the supporting configuration, the trailing end of the canopy is at least partially aerially supportable by wind;

a container capable of both acting as an anchor and transporting the canopy and the frame when in the compactly configured transport configuration; and

a cord selectively engageable with or secured to one or both of the canopy and the frame and engageable with or coupled to the container.

**15**. The system of claim **14**, wherein the container houses weight and is the anchor, or the container and the anchor are separate components of the system.

**16**. The system of claim **14**, wherein a remaining portion of the frame is housed separately from the canopy, the portion of the frame, and the cord within the container.

**17**. A method for manufacturing a system for providing shade onto a surface, the method comprising:

affixing at least one aligning component to one or more of a plurality of sections to form a frame, such that the plurality of sections are maneuverable between a compactly configured transport configuration and a supporting configuration where the plurality of sections are aligned;

engaging a suspension end of a canopy about a portion of the frame, the canopy extending between the suspension end and an opposing trailing end, wherein the trailing end of the canopy is spaced apart from the portion of the frame in the supporting configuration such that the trailing end of the canopy is at least partially aerially supportable by wind for providing shade to the surface;

10

arranging the canopy and the frame in the transport configuration in a container capable of both transporting all of the components of the system and acting as an anchor.

**18**. The method of claim **17**, further comprising, before arranging the canopy and the frame in the transport configuration in the container, coupling a cord to at least one of the frame and the canopy.

**19**. The method of claim **18**, further comprising, before arranging the canopy and the frame in the transport configuration in the container, coupling the cord to an anchor such that the anchor provides support to the frame when in the supporting configuration.

**20**. The method of claim **17**, wherein the at least one aligning component is a cable, and wherein affixing the at least one aligning component comprises affixing the cable to one or more of the plurality of sections to form the frame, such that the plurality of sections are maneuverable between the compactly configured transport configuration and the supporting configuration where the plurality of sections are aligned.

**21**. A system for providing shade onto a surface, the system comprising:

at least one frame engageable with the surface and comprising a plurality of sections and at least one aligning component affixed to one or more of the plurality of sections of the frame, such that the plurality of sections are maneuverable between a compactly configured transport configuration and a supporting configuration where the plurality of sections are aligned from a first end to a second end;

a canopy extending between a suspension end and an opposing trailing end and engageable with the frame about a portion of the frame, wherein in the supporting configuration, the canopy is capable of being supported by the at least one frame at least at the suspension end of the canopy and wind for providing shade to the surface;

a cord coupleable to one or both of the frame and the canopy;

an anchor being coupleable to the cord so that the frame remains in the supporting configuration; and

a container capable of both transporting all of the components of the system and acting as the anchor.

* * * * *