# EXHIBIT B

Claim 21 of U.S. Patent No. 11,255,103

| US 11,255,103 | ALYCASO Shading System |
|---|---|
| **21[pre]** A system for providing shade onto a surface, the system comprising: | The ALYCASO Shading System provides shade onto a surface as shown in the photo below.<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 1. |

| US 11,255,103 | ALYCASO Shading System |
|---|---|
| **21[a]** at least one frame engageable with the surface and comprising a plurality of sections | The at least one frame of the ALYCASO Shading System is engageable with the surface and comprises a plurality of sections as shown in the photos below.<br><br><br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 8.<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 3. |

| US 11,255,103 | ALYCASO Shading System |
|---|---|
| **21[b]** and at least one aligning component affixed to one or more of the plurality of sections of the frame, such that the plurality of sections are maneuverable between a compactly configured transport configuration and a supporting configuration | The frame of the ALYCASO Shading System comprises at least one aligning component affixed to one or more of the plurality of sections of the frame, such that the plurality of sections are maneuverable between a compactly configured transport configuration and a supporting configuration as shown in the photos below.<br><br><br><br>The plurality of sections are maneuverable between a compactly configured transport configuration (shown below) and a supporting configuration (shown above).<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 8.<br><br><br><br>The frame includes at least one aligning component affixed to one or more of the plurality of sections of the frame.<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 3. |

3

| US 11,255,103 | ALYCASO Shading System |
|---|---|
| **21[c]** where the plurality of sections are aligned from a first end to a second end; | In the supporting configuration, the plurality of sections of the frame of the ALYCASO Shading System are aligned from a first end to a second end.<br><br>[Image: Beach scene showing the ALYCASO Shading System with labels "Second end of the frame" and "First end of the frame."]<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 8. |
| **21[d]** a canopy extending between a suspension end and an opposing trailing end and engageable with the frame about a portion of the frame, | The canopy of the ALYCASO Shading System extends between a suspension end and an opposing trailing end engageable with the frame about a portion of the frame as shown in the photo below.<br><br>[Image: Beach scene with labels "Suspension end of the canopy," "Canopy," "Trailing end of the canopy," and "The canopy is engageable with the frame about a portion of the frame."]<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 9. |

4

| US 11,255,103 | ALYCASO Shading System |
|---|---|
| **21[e]** wherein in the supporting configuration, the canopy is capable of being supported by the at least one frame at least at the suspension end of the canopy and wind for providing shade to the surface; | In the supporting configuration, the canopy of the ALYCASO Shading System is supported by the at least one frame at least at the suspension end of the canopy and wind for providing shade to the surface as shown in the photos below.<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 9. |

5

| US 11,255,103 | ALYCASO Shading System |
|---|---|
| **21[f]** a cord coupleable to one or both of the frame and the canopy; | The ALYCASO Shading System includes a cord coupleable to one or both of the frame and the canopy as shown in the photo below.<br><br>The cord is coupled to the frame<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIG. 1. |

6

| US 11,255,103 | ALYCASO Shading System |
|---|---|
| **21[g]** an anchor being coupleable to the cord so that the frame remains in the supporting configuration; and | The ALYCASO Shading System includes an "accessory kit" with an anchor that is coupleable to the cord so that the frame remains in the supporting configuration as shown in the photo below.<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at FIGs. 3, 5. |

| US 11,255,103 | ALYCASO Shading System |
|---|---|
| **21[h]** a container capable of both transporting all of the components of the system and acting as the anchor. | The container of the ALYCASO Shading System (referred to as the "carrying bag") is capable of housing and transporting all of the components of the system as shown in the photos below.<br><br>• Featherlight and portable: At just 4 lbs for the main structure (plus 1.5 lbs for noise-reduction and windless kit), our canopy packs down smaller than a camping chair. The compact <mark>carrying bag</mark> makes transportation effortless - take premium shade protection anywhere with minimal hassle<br><br>Carrying case is a container for housing and transporting all of the other components of the ALYCASO Shading System<br><br>*See, e.g.*, https://a.co/d/dNRnZRp at "About this item" and FIG. 3.<br><br>The carrying bag of the ALYCASO Shading System is also ***capable of*** acting as the anchor. The bag is capable of being used as an anchor by being filled with a heavy material, such as sand, and being tied to the cords to create a weighted effect on the ALYCASO Shading System. |

8