# EXHIBIT F

**Ney, Angela**

| | |
|---|---|
| **From:** | Ruixin Lu, Esq. <ray@zhhlaw.com> |
| **Sent:** | Thursday, March 5, 2026 11:33 AM |
| **To:** | Heard, Preston |
| **Cc:** | Dupriest, Christine; Ney, Angela; Giardina, Julie; Anderson, Andrea |
| **Subject:** | Re:FW: Hezeshi v. Shibumi Shade / Case No. 1:25-cv-04276 (NDIL) |

External (ray@zhhlaw.com)

Report This Email  FAQ

Counsel,

As noted in our status report, February 15 through March 3 was a traditional Chinese holiday, and our client was not working in the office during that period. We may have a dispute regarding discovery, but I need to speak with our client to confirm whether they can provide additional information.

I am traveling tomorrow and have a scheduling conflict. Could we meet and confer next week instead? I am available on March 9, March 11 or March 12 morning. Please advise which date works for you.

Thank you.

**Best regards,**

**Ruixin (Ray) Lu, Esq.**
Attorney at Law, Partner
Zhonghao Law Firm, LLP
Tel: +1 (646) 220 0818
Fax: +1 (919) 398 8696
Mobile:+1(631) 268 5788
　　　+86 138 2613 9368
Web: http://en.zhhlaw.com/
Email: Ray@zhhlaw.com

260 Madison Ave., 8th Floor, New York, NY 10016

This email and any information contained herein are non-public, intended solely for the use of the designated recipient, and are protected by law. Any use, storage, reproduction, disclosure, printing, forwarding, or any other handling of this email or its contents by anyone other than the designated recipient is unauthorized and prohibited by law. If you have received this email in error, please notify the sender immediately and delete it in its entirety. Unless accompanied by an official written letter, this email shall not be deemed to represent any opinion or view of ZHH Law Firm, and the firm assumes no obligation or liability arising from the use of email communications.

Original:

- From：Heard, Preston<Preston.Heard@wbd-us.com>
- Date：2026-03-03 15:53:02(Eastern America and Canada(GMT-05:00))
- To：Ruixin Lu, Esq.<ray@zhhlaw.com>
- Cc：Dupriest, Christine<Christine.Dupriest@wbd-us.com> , Ney, Angela<Angela.Ney@wbd-us.com> , Giardina, Julie<Julie.Giardina@wbd-us.com> , Anderson, Andrea<Andie.Anderson@wbd-us.com>
- Subject：FW: Hezeshi v. Shibumi Shade / Case No. 1:25-cv-04276 (NDIL)

Counsel,

My February 18, 2026 letter (enclosed) required that Plaintiff supplement its Interrogatory responses and produce documents in response to Shibumi's requests for production by March 1, 2026. Having heard nothing from you as of today, March 3, 2026, we understand you do not intend to supplement your responses or produce responsive documents. Accordingly, we ask your availability on Wednesday, March 4, Thursday, March 5, or Friday March 6 to meet and confer on the issues identified in the February 18 letter, as well as regarding your failure to comply with Local Patent Rules 2.3, 2.4, and 2.6 entirely. If we are unable to resolve the outstanding issues by Friday, March 6, Shibumi intends to file a motion to compel with the Court.

Best regards,

Preston

**Preston Heard**
Partner
Womble Bond Dickinson (US) LLP

**d:** 404-888-7366
**m:** 202-280-8444
**e:** Preston.Heard@wbd-us.com

1331 Spring Street, NW
Suite 1400
Atlanta, GA 30309



womblebonddickinson.com
 

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Ney, Angela
**Sent:** Wednesday, February 18, 2026 9:08 AM
**To:** Ruixin Lu, Esq. <ray@zhhlaw.com>
**Cc:** Heard, Preston <Preston.Heard@wbd-us.com>; Dupriest, Christine <Christine.Dupriest@wbd-us.com>; Giardina, Julie <Julie.Giardina@wbd-us.com>
**Subject:** Hezeshi v. Shibumi Shade / Case No. 1:25-cv-04276 (NDIL)

Counsel,

Please see the attached correspondence from Preston Heard.

Best regards,
Angela

**Angela Ney**
Paralegal
Womble Bond Dickinson (US) LLP

d: 410-545-5849
m: 410-802-6677
e: Angela.Ney@wbd-us.com

100 Light Street, 26th Floor
Baltimore, MD 21202



**wombletbonddickinson.com**
 

3