**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HEZESHI BINGYU XINXI KEJI,<br><br>Plaintiff,<br><br>v.<br><br>SHIBUMI SHADE, INC.,<br><br>Defendant. | Case No. 1:25-cv-04276<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**DEFENDANT'S STATUS REPORT IN RESPONSE TO PLAINTIFF**

Defendant Shibumi Shade, Inc. ("Shibumi"), hereby submits this Status Report in response to Plaintiff's Status Report filed June 23, 2026. Dkt. 72. Shibumi states as follows:

1. Any implied lack of responsiveness from Shibumi is improper and inaccurate. Shibumi received a request for a meet and confer just before midnight on June 17, 2026, many days after Hezeshi had been ordered to provide further discovery (Dkt. 71).

2. Less than twenty-four hours later, on June 18, 2026, Hezeshi again wrote to propose settlement terms that would have essentially sent this infringement dispute back to the Amazon APEX (Amazon Patent Evaluation Express) process for resolution—the exact process it initiated this action to avoid.

3. As Friday, June 19, 2026 was a federal holiday, Shibumi responded with its own counterproposal early on Monday, June 22, 2026. Later that day, Hezeshi rejected the proposal and instead suggested the parties "walk away" to resolve the claims it initiated in this Court. Hezeshi's counsel also informed Shibumi that he would seek to withdraw. Hezeshi then filed a joint status report to that effect. Dkt. 72.

4. On June 23, 2026, Shibumi informed Hezeshi that it would not agree to counsel's withdrawal and that—in view of Shibumi's pending counterclaims—its only option for resolution of this matter without expending additional legal fees is to agree to stop selling the infringing product on all platforms. As of the time of filing this status report, Hezeshi has not responded to that communication.

5. As the Court is aware, Hezeshi has repeatedly failed to meet its discovery and disclosure obligations in this action requiring the Court's intervention. Shibumi intends to continue to pursue its infringement counterclaims—including via the Court-ordered in-person deposition of Hezeshi's corporate representative—unless and until Hezeshi agrees to a consent judgment barring further sales of the accused product in the United States.

6. Shibumi notes that Hezeshi has not filed a motion to withdraw as counsel, but because it included that intention or request in its status report, Shibumi notes here its opposition to such a withdrawal. Hezeshi must be represented by counsel, in this suit it filed, so that the pending claims and counterclaims may be adjudicated.

Dated: June 25, 2026

Respectfully submitted,

*/s/ Preston H. Heard*

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309
Telephone: (404) 888-7366
Preston.Heard@wbd-us.com
Christine.Dupriest@wbd-us.com

*Attorneys for Defendant Shibumi Shade, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 25, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Preston H. Heard*
Preston H. Heard