**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HEZESHI BINGYU XINXI KEJI,<br><br>Plaintiff,<br><br>v.<br><br>SHIBUMI SHADE, INC.,<br><br>Defendant. | Case No. 1:25-cv-04276<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

## JOINT STATUS REPORT

Pursuant to the Court's June 25, 2026 Minute Entry (Dkt. 74), directing the parties to meet and confer regarding a potential resolution of this case and to file a joint status report updating the Court on the outcome of that meet and confer, Plaintiff Hezeshi Bingyu Xinxi Keji and Defendant Shibumi Shade, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby jointly report as follows:

1. The Parties have met and conferred as directed by the Court and have agreed in principle on the material terms for settlement of this action.
2. The Parties are currently working through the remaining details of a formal settlement agreement to memorialize the terms of their agreement in principle.
3. Based on the current status of their discussions, the Parties expect to be in a position to file a stipulation of dismissal of this action prior to the hearing currently set for July 30, 2026.
4. The Parties will promptly notify the Court if a fully executed settlement agreement is reached and will file a stipulation of dismissal at that time. In the meantime, the

Parties respectfully request that the Court maintain the July 30, 2026 hearing on the calendar as a placeholder pending finalization of the settlement.

The Parties thank the Court for its time and consideration.

DATED: July 16, 2026

Respectfully submitted,


_/s/ Ruixin Lu_
Ruixin Lu
Zhonghao Law Firm, LLP
260 Madison Avenue, Floor 8
New York, New York 10016
Telephone: 631-268-5788
E-mail: ray@zhhlaw.com

***ATTORNEY FOR PLAINTIFF***

_/s/ Preston H. Heard_
Preston H. Heard
Womble Bond Dickinson (US) LLP
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309
Telephone: 404-888-7366
E-mail: preston.heard@wbd-us.com

***ATTORNEY FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 16, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Preston H. Heard*
Preston H. Heard