**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HEZESHI BINGYU XINXI KEJI,<br><br>Plaintiff,<br><br>v.<br><br>SHIBUMI SHADE, INC.,<br><br>Defendant. | Case No. 1:25-cv-04276<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

# STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hezeshi Bingyu Xinxi Keji Youxian Gongsi ("Hezeshi") and Defendant Shibumi Shade, Inc. ("Shibumi") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned action as follows:

1. All claims asserted by Hezeshi against Shibumi in this action are hereby dismissed without prejudice.

2. All counterclaims asserted by Shibumi against Hezeshi in this action are hereby dismissed without prejudice.

3. Each Party shall bear its own attorneys' fees and costs incurred in connection with this action, except as otherwise provided in the Parties' underlying settlement agreement.

IT IS SO STIPULATED.

DATED: July 29, 2026

Respectfully submitted,

*/s/ Ruixin Lu*
Ruixin Lu
Zhonghao Law Firm, LLP
260 Madison Avenue, Floor 8
New York, New York 10016
Telephone: 631-268-5788
E-mail: ray@zhhlaw.com

***ATTORNEY FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT***

*/s/ Preston H. Heard*
Preston Heard
Womble Bond Dickinson (US) LLP
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309
Telephone: 404-888-7366
E-mail: preston.heard@wbd-us.com

***ATTORNEY FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF***